IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CLEVELAND POWELL,

    Plaintiff,

v.

PRICE COUNTY and WISCONSIN
COUNTY MUTUAL INSURANCE
COMPANY,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-445-jdp

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) granting summary judgment in favor of Price County and Wisconsin County Mutual Insurance Company as to plaintiff's federal claims for failure to exhaust administrative remedies and dismissing this case without prejudice; and

    (2) remanding plaintiff Cleveland Powell's state law claim against defendants Price County and Wisconsin County Mutual Insurance Company to Price County Circuit Court.

    /s/                                                  11/4/2016

Peter Oppeneer, Clerk of Court                     Date

Case: 3:16-cv-00445-jdp Document #: 23 Filed: 11/04/16 Page 2 of 2